| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Webber, E. Richard | 2. Court or Organization<br><br>Eastern District of Missouri | 3. Date of Report<br><br>05/03/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>111 S. Tenth St., Suite 12 S<br>St. Louis, MO 63102 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Eureka Land Company (see VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE  2010 MAY -5 A 11: 04  RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/03/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Missouri State Judicial Retirement | $54,268.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | State of Missouri Teacher Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/03/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. David C. Pratt | St. Louis Cardinals Baseball Tickets | $3,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Bank | Mortgage on Condominium | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds | | None | J | T | | | | | |
| 2. Transamerica Life Ins. Co. | A | Dividend | K | T | | | | | |
| 3. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 4. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 5. State Farm Life Ins. (Sec VIII) | A | Dividend | | | Redeemed | 08/17/09 | K | E | |
| 6. Lincoln Financial (See VIII) | A | Dividend | J | T | | | | | |
| 7. Penn Mutual Life Ins. (See VIII) | B | Dividend | K | T | | | | | |
| 8. Savings Acct U.S. Bank | A | Interest | J | T | | | | | |
| 9. Penn Mutual Life Ins. (See VIII) | A | Dividend | | | Redeemed | 08/17/09 | J | | |
| 10. State Teacher Retirement (See VIII) | D | Interest | | | Redeemed | 08/17/09 | K | | |
| 11. Commerce Bank/Savings | A | Interest | | | Closed | 09/01/09 | J | A | |
| 12. Commerce Bank/Savings | A | Interest | | | Closed | 09/01/09 | J | A | |
| 13. Davis N.Y. Class C | A | Dividend | J | T | | | | | |
| 14. Oppenheimer Global Class C | A | Dividend | J | T | | | | | |
| 15. American Growth Fund - Class C | A | Dividend | J | T | | | | | |
| 16. Royal Alliance - Sun America Trust | C | Dividend | K | T | | | | | |
| 17. Federated Kaufmann small cap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Inter-Continental Fund C (See VIII) | A | Dividend | J | T | | | | | |
| 19. Oppenheimer Capital Income Fund | A | Dividend | J | T | | | | | |
| 20. Lincoln Financial Group - American Legacy III-1 | A | Dividend | J | T | | | | | |
| 21. Lincoln Financial Group - American Legacy III-2 | A | Dividend | J | T | | | | | |
| 22. Bank of Kirksville - CD #1 | A | Interest | K | T | | | | | |
| 23. Bank of Kirksville - CD #2 (See VIII) | A | Interest | J | T | | | | | |
| 24. Bank of Kirksville - CD #3 | A | Interest | K | T | | | | | |
| 25. Bank of Kirksville - Farm Acct #1 1/2 interest (See VIII) | A | Interest | J | U | | | | | |
| 26. Bank of Kirksville - Farm Acct CD#1 1/2 interest | A | Interest | J | T | Buy | 07/16/09 | J | | |
| 27. Bank of Kirksville - Farm Acct CD#2 1/2 interest | A | Interest | J | T | Buy | 07/16/09 | J | | |
| 28. Bank of Kirksville - Farm Acct CDs - 1/2 interest (See VIII) | A | Interest | K | T | | | | | |
| 29. Franklin Templeton US Gov't Sec. Fund-Class A | B | Dividend | L | T | | | | | |
| 30. 1/2 interest in real estate / Scotland County, Missouri | C | Inheritance | M | W | | | | | |
| 31. Federated Stock and Muni Advantage Fund | A | Dividend | J | T | | | | | |
| 32. Blanchard and Company | A | Dividend | | | Sold | 03/10/09 | J | A | |
| 33. Federated Growth Strategies | A | Dividend | J | T | | | | | |
| 34. American Balanced Fund - Class C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Condominium Lake of the Ozarks, Camden County, Lake Ozark MO | D | Rent | M | R | | | | | |
| 36. Federated Stock and Muni Advantage Account (2nd) | A | Dividend | J | T | | | | | |
| 37. John Hancock | B | Dividend | K | T | | | | | |
| 38. Eaton Vance - Tax Managed Dividend Income Fund | A | Dividend | J | T | | | | | |
| 39. Eaton Vance Tax Managed Equity Account (Class C) | A | Dividend | K | T | | | | | |
| 40. Allianz NFJ Dividend Value Fund (See VIII) | A | Dividend | | | Sold | 11/30/09 | J | | |
| 41. Fidelity Advisory Mid Cap II | A | Dividend | J | T | | | | | |
| 42. American Fund - Euro Pacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 43. American Fund - Growth Fund of America | A | Dividend | J | T | | | | | |
| 44. American Fund - Investment Co of America | A | Dividend | J | T | | | | | |
| 45. Prudential Jemerson Resources | A | Dividend | J | T | | | | | |
| 46. Thornburg International Value Fund C | A | Dividend | J | T | | | | | |
| 47. Thornburg International II | A | Dividend | J | T | | | | | |
| 48. Templeton Global Bond Fund | A | Interest | J | T | Buy | 12/31/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section VII:

Line 5: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Line 6: Name changed from Jefferson Pilot Financial to Lincoln Financial.

Lines 9 and 10: ▮▮▮ Life Insurance and Teacher Retirement were payable to ▮▮▮ on death.

Line 18: This is same fund incorrectly identified last year as Federated Koffmann small cap.

Line 23: Bank of Kirksville CD#3 from last year's report line 25 was consolidated with Bank of Kirksville CD #2 from last year's report line 24. Combined CDs now listed on line 23, CD #2.

Lines 25, 26, 27 and 28: (Lines 27, 28 and 29 from last year's report - Line 27 was bank account and lines 28 and 29 represented certicates of deposit.) Each of these Farm Accounts a e owned half by me and half by ▮▮▮ from time of purchase. On this yea 's form, line 25 is a bank account and lines 26 and 27 are certificates of deposit purchased 07/16/2009. Line 28 represents certificates of deposit formerly listed under lines 28 and 29.

Lines 35: This property was purchased in March. 2005 for $135,000 and was included on the appropriate report for that year. The property is located in Camden County, Missouri.

Last year's report line 37 was listed as Penn Mutual Life Insurance and was mistakenly listed twice on that report. There was only one Penn Mutual Life Insurance policy on the life of ▮▮▮▮▮

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/03/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544